IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARIE AYERS, | ) |
| | ) |
| v. | ) No. 2:04-0080 |
| | ) Judge Nixon |
| JO ANNE B. BARNHART, Commissioner | ) Magistrate Judge Brown |
| of Social Security. | ) |

**ORDER**

Pending before the Court is Plaintiff's Motion for Judgment on the Pleadings. (Doc. No. 16.) The Court has received the Magistrate Judge's Report and Recommendation. (Doc. No. 21.) The Report and Recommendation was undeliverable by mail to the Plaintiff and returned to the clerk's office. (Doc. No. 22.) Neither Party has objected.

Upon review of the record in this case, the Court finds the Magistrate Judge's Report and Recommendation to be well-founded, and thus ADOPTS it in its entirety. Accordingly, Plaintiff's Motion for Judgment on the Pleadings is DENIED and the decision of the Commissioner is AFFIRMED. This action is hereby DISMISSED WITH PREJUDICE unless the Plaintiff can show excusable neglect for not filing objections in the allotted time.

It is so ORDERED.

Entered this the 15th day of November, 2005.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT